IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Alan G. Cordano, Individually and as Trustee of the Ray Cordano Testamentary Trust for Alan G. Cordano; Mary Lynn Cordano, Individually and as Trustee of the Ray Cordano Testamentary Trust for Alan G. Cordano,<br><br>　　　　　　Defendants.<br>_____ | 2:12-cv-01282-GEB-GGH<br><br>ORDER RE: SETTLEMENT AND DISPOSITION |

　　　　Plaintiff filed a "Notice of Settlement" on August 29, 2012, in which he states, "the parties have settled this action[, and d]ispositional documents will be filed within (30) calendar days." (ECF No. 7.)

　　　　Therefore, a dispositional document shall be filed no later than September 28, 2012. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

　　　　Further, the Status Conference scheduled for hearing on September 17, 2012, is continued to October 29, 2012, commencing at 9:00 a.m., in the event no dispositional document is filed, or if this action

1

is not otherwise dismissed.[1]  A joint status report shall be filed fourteen (14) days prior to the Status Conference.

IT IS SO ORDERED.

Dated:  August 29, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

[1] The Status Conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2