SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>          Plaintiff,<br><br>     vs.<br><br>Alan G. Cordano, et al<br><br>          Defendants | Case No. **2:12-cv-01282-GEB-GGH**<br><br>**ORDER RE: REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS** |

    IT IS HEREBY ORDERED THAT the parties shall file dispositional documents no later than October 29, 2012. The scheduling conference, currently set for October 29, 2012, is rescheduled for November 26, 2012, at 9:00 a.m.  A joint status report shall be filed fourteen days prior to the hearing.
10/1/12

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

PROPOSED ORDER RE REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS

CIV: S-12-cv-01282-GEB-GGH - 1